IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  21-cr-00050-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DAVID JOSH SERMOS,

    Defendant.

---

**INFORMATION**
**21 U.S.C. § 841(a)(1), (b)(1)(B)(vii)**

---

The United States Attorney charges:

## COUNT 1

From on or about June 30, 2016, through on or about March 2020, in the State and District of Colorado, the defendant, DAVID JOHN SERMOS, did knowingly and intentionally distribute and possess with intent to distribute 100 kilograms and more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vii).

## FORFEITURE ALLEGATION

1.  The allegation contained in Count 1 of this Information is hereby re-

alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of the violations alleged in Count 1 of this Information involving a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vii), the defendant, DAVID JOSH SERMOS, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense. Such forfeiture shall include $111,720.00 in United States currency recovered from the defendant's home and $238,400.00 in United States currency from the Alpine Bank self-service storage box #103.

3. If any of the property described above, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section

2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

Dated this ____ day of _____, 2021.

JASON R. DUNN
United States Attorney


By: s/*Wayne Paugh*
WAYNE PAUGH
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: wayne.paugh@usdoj.gov
Attorney for the United States