| | |
|---|---|
| DEFENDANT: | **DAVID JOSH SERMOS** |
| YOB: | 1977 |
| COMPLAINT FILED? | _____ Yes   __X__ No<br>If Yes, MAGISTRATE CASE NUMBER _____N/A_____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   _X_ No
   If No, a new warrant is required

| | |
|---|---|
| OFFENSES: | **COUNT 1**:  21 U.S.C. § 841(a)(1) and (b)(1)(B)(vii)<br>(Distribute and Possess with intent to distribute 100 kilograms and more of a mixture and substance containing a detectable amount of Marijuana, a Schedule I controlled substance). |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | **COUNT 1**: NLT 5 years and NMT 40 years of Imprisonment, NMT $5,000,000 fine, or both; NLT 4 years of supervised release and up to a lifetime of supervised release; $100 Special Assessment Fee |
| AGENT: | Andreas McKee<br>Homeland Security Investigations |
| AUTHORIZED BY: | Wayne Paugh<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_X_ five days or less; ___ over five days


THE GOVERNMENT

_X_  will **not** seek detention in this case.

The statutory presumption of detention is applicable to this defendant based on 18 U.S.C. § 3142(e)(3)(A)